PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and
STANFORD UNIVERSITY LONG TERM DISABILITY PLAN


MELVYN D. SILVER (SBN 48674)
RUTH SILVER TAUBE SBN (169589)
LAW OFFICES OF SILVER & TAUBE
1339 Pauline Drive
Sunnyvale, CA 94087
Telephone: (408) 737-2313
Facsimile: (408) 737-2937

Attorneys for Plaintiff
YURI WEINSTEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURI WEINSTEIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LELAND STANFORD JUNIOR UNIVERSITY LONG TERM DISABILITY PLAN; LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　Defendants. | CASE NO. CV12-03264 (EJD)(HRLx)<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSSAL OF ACTION WITH PREJUDICE** |

It is hereby stipulated by and between plaintiff YURI WEINSTEIN and defendants LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and STANFORD UNIVERSITY LONG TERM DISABILITY PLAN (erroneously sued as "LELAND STANFORD JUNIOR UNIVERSITY LONG TERM DISABILITY PLAN"), through their respective attorneys of

record, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED**.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: January 16, 2013    LAW OFFICES OF SILVER & TAUBE

By: : /s/ *Melvyn D. Silver*
MELVYN D. SILVER
 attorneys for Plaintiff
YURI WEINSTEIN

Dated: January 16, 2013    ROPERS, MAJESKI, KOHN & BENTLEY

By: : /s/ *Pamela E. Cogan*
PAMELA E. COGAN
STACY M. TUCKER
Attorneys for Defendants,
 LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON and
STANFORD UNIVERSITY LONG TERM
DISABILITY PLAN

IT IS SO ORDERED. The Clerk shall close this file.

Dated: 1/29/, 2013

By: [signature]
Judge Edward J. Davila
United States District Court, Northern
District of California