1  PAMELA E. COGAN (SBN 105089)
   STACY M. TUCKER (SBN 218942)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA  94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701

5  Attorneys for Defendants
   LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and
6  STANFORD UNIVERSITY LONG TERM DISABILITY PLAN

7

   MELVYN D. SILVER  (SBN 48674)
8  RUTH SILVER TAUBE SBN (169589)
   LAW OFFICES OF SILVER & TAUBE
9  1339 Pauline Drive
   Sunnyvale, CA 94087
10 Telephone: (408) 737-2313
   Facsimile: (408) 737-2937
11
   Attorneys for Plaintiff
12 YURI WEINSTEIN

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16

17
   YURI WEINSTEIN,                    CASE NO. CV12-03264 (EJD)(HRLx)
18
              Plaintiff,              STIPULATION AND [PROPOSED]
19                                    ORDER RE DISMISSSAL OF ACTION
   v.                                 WITH PREJUDICE
20
   LELAND STANFORD JUNIOR
21 UNIVERSITY LONG TERM
   DISABILITY PLAN;  LIBERTY LIFE
22 ASSURANCE COMPANY OF BOSTON,

23            Defendants.

24

25    It is hereby stipulated by and between plaintiff YURI WEINSTEIN and defendants

26 LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and STANFORD UNIVERSITY

27 LONG TERM DISABILITY PLAN (erroneously sued as "LELAND STANFORD JUNIOR

28 UNIVERSITY LONG TERM DISABILITY PLAN"), through their respective attorneys of

1 record, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each
2 party shall bear its own fees and costs.

4 **IT IS SO STIPULATED**.
5 FILER'S ATTESTATION:
6 Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of
7 perjury that the concurrence in the filing of this document has been obtained from its
8 signatories.

10 Dated: January 16, 2013         LAW OFFICES OF SILVER & TAUBE

12                                  By: :    /s/ *Melvyn D. Silver*
                                     MELVYN D. SILVER
13                                    attorneys for Plaintiff
                                     YURI WEINSTEIN

14 Dated: January 16, 2013         ROPERS, MAJESKI, KOHN & BENTLEY

16                                  By: :    /s/ *Pamela E. Cogan*
17                                   PAMELA E. COGAN
                                     STACY M. TUCKER
18                                   Attorneys for Defendants,
                                      LIBERTY LIFE ASSURANCE
19                                   COMPANY OF BOSTON and
                                     STANFORD UNIVERSITY LONG TERM
20                                   DISABILITY PLAN

21 IT IS SO ORDERED.   The Clerk shall close this file.
22 Dated: __1/29/__, 2013
23                                  By: _____
24                                   Judge Edward J. Davila
                                     United States District Court, Northern
25                                   District of California